Form ntcphoto

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  20–19885–ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Tina Marie Doughty | Walter Troy Doughty |
| 427 Davis Ave. | 427 Davis Ave. |
| Northfield, NJ 08225 | Northfield, NJ 08225 |

Social Security No.:

Employer's Tax I.D. No.:

### Notice of Requirement to Submit Photo ID

      Effective February 7, 2011, the Bankruptcy Court for the District of New Jersey requires all individual and joint debtors who are not represented by an attorney (or "pro se"), to submit to the Court within 14 days of filing of the petition, a photocopy of an acceptable form of government issued photo identification. Acceptable forms of identification are: state issued driver's license, U.S. Government issued passport, state issued photo ID card, military photo ID card, government employee photo ID card, or other form of government issued photo identification.

      The Clerk having noted the filing of a bankruptcy petition by the above named debtor(s) on 8/25/20, and having further noted that the debtor(s) is not represented by an attorney and that the debtor's petition was not accompanied by a copy of an acceptable form of government issued photo identification, the

- ☑ debtor
- ☑ joint debtor

is HEREBY NOTIFIED of this request to submit a copy of a government issued photo identification by September 8, 2020. A copy of this Notice must accompany the photo identification when returned to the Court.

Dated: August 26, 2020
JAN: jpl

                                                              Jeanne Naughton
                                                              Clerk