Form ntcphoto

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20−19885−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Tina Marie Doughty
427 Davis Ave.
Northfield, NJ 08225

Walter Troy Doughty
427 Davis Ave.
Northfield, NJ 08225

Social Security No.:

Employer's Tax I.D. No.:

---

**Notice of Requirement to Submit Photo ID**

     Effective February 7, 2011, the Bankruptcy Court for the District of New Jersey requires all individual and joint debtors who are not represented by an attorney (or "pro se"), to submit to the Court within 14 days of filing of the petition, a photocopy of an acceptable form of government issued photo identification. Acceptable forms of identification are: state issued driver's license, U.S. Government issued passport, state issued photo ID card, military photo ID card, government employee photo ID card, or other form of government issued photo identification.

     The Clerk having noted the filing of a bankruptcy petition by the above named debtor(s) on 8/25/20, and having further noted that the debtor(s) is not represented by an attorney and that the debtor's petition was not accompanied by a copy of an acceptable form of government issued photo identification, the

- ☑ debtor
- ☑ joint debtor

is HEREBY NOTIFIED of this request to submit a copy of a government issued photo identification by September 8, 2020. A copy of this Notice must accompany the photo identification when returned to the Court.

Dated: August 26, 2020
JAN: jpl

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Tina Marie Doughty  
Walter Troy Doughty  
    Debtors

Case No. 20-19885-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 1   Date Rcvd: Aug 26, 2020  
                Form ID: ntcphoto   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.  
db/jdb       +Tina Marie Doughty,   Walter Troy Doughty,   427 Davis Ave.,   Northfield, NJ 08225-1909

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:  
        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                          TOTAL: 2