UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                          Bankr. Case No. 20-19885-ABA

TINA DOUGHTY and Walter Troy Doughty                                       Chapter 13

      Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                        Americredit Financial Services, Inc. dba GM Financial
                        PO Box 183853
                        Arlington, TX  76096

                                                    By  /s/  Mandy Youngblood

                        Mandy Youngblood
                        PO Box 183853
                        Arlington, TX  76096
                        877-203-5538
                        877-259-6417
                        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                                                              Bankr. Case No. 20-19885-ABA

TINA DOUGHTY and Walter Troy Doughty                                       Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on September 9, 2020 :

| | |
|---|---|
| TINA DOUGHTY and Walter Troy Doughty<br>427 Davis Ave.<br>Northfield, NJ 08225 | Isabel C. Balboa<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 |

By  /s/ Mandy Youngblood
     Mandy Youngblood

xxxxx45635 / 1029154