Americredit Financial Services, Inc. dba GM Financial
P. O. Box 183853
Arlington, TX 76096
(877) 203-5538

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Bky. No. 20-19885-ABA-13 |
| TINA DOUGHTY and WALTER T. DOUGHTY | Chapter 13 |
| Debtor(s) | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM**

Comes now, Americredit Financial Services, Inc. dba GM Financial, a creditor in the above-captioned case, and files this Withdrawal of Proof of Claim for the claim filed in the above-styled and numbered case on September 24, 2020

                                                                                               Respectfully submitted,

                                                                                               /s/ Mandy Youngblood

                                                                                               Americredit Financial Services, Inc. dba GM Financial
                                                                                               P. O. Box 183853
                                                                                               Arlington, TX 76096
                                                                                               (877) 203-5538

## CERTIFICATE OF SERVICE

I hereby certify that on this 9/30/2020, a true and correct copy of the Notice of Withdrawal of Proof of Claim was electronically served using CM/ECF system, namely Isabel C. Balboa, and .

Further, I certify that on 9/30/2020, copies of the Notice of Withdrawal of Proof of Claim were forwarded via U.S. Mail, first class, postage prepaid and properly addressed to the following at the addresses shown below:

/s/ Mandy Youngblood

TINA DOUGHTY
WALTER T. DOUGHTY
427 Davis Ave.
Northfield, NJ 08225


Isabel C. Balboa
535 Route 38
Suite 580
Cherry Hill, NJ 08002

US Trustee