UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

In Re:

Walter and Tina Doughty's Chapter 13 case

FILED
JEANNE A. NAUGHTON, CLERK
OCT 06 2020
U.S. BANKRUPTCY COURT
CAMDEN N.J.
BY _____ DEPUTY

Case No.: 20-19885-ABA
Adv. No.: _____
Chapter: 13
Hearing Date: Oct 9 2020
Judge: Andrew B. Altenburg Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Tina and Walter Doughty
   ☐ am the attorney for: _____
   ☑ am self-represented

   Phone number: 609-592-3613
   Email address: Tinamarie9713@yahoo.com

2. I request an adjournment of the following hearing:

   Matter: 341(a) matter of creditors
   Current hearing date and time: Oct 9, 2020  9AM
   New date requested: Dec 11, 2020
   Reason for adjournment request: Need more time filling out paperwork and need phone call in afternoon.

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned ___0___ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code ☐ was conducted ☑ was not conducted

4. Consent to adjournment:

   ☑ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: __10/1/2020__                    __Tena Doughty__
                                        Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☐ Granted             New hearing date: _____    ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2