| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Tina Marie Doughty<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–8120<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | Walter Troy Doughty<br>First Name    Middle Name    Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–2504<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed in chapter: | 13    8/25/20 |
| Case number: | 20–19885–ABA | Date case converted to chapter: | 7    1/28/21 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tina Marie Doughty | Walter Troy Doughty |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 427 Davis Ave.<br>Northfield, NJ 08225 | 427 Davis Ave.<br>Northfield, NJ 08225 |
| 4. | **Debtor's attorney**<br>Name and address | Tina Marie Doughty<br>427 Davis Ave.<br>Northfield, NJ 08225 | Contact phone _____<br>Email: None |
| 5. | **Bankruptcy trustee**<br>Name and address | Thomas J Subranni, LLC<br>Subranni Zauber<br>1624 Pacific Avenue<br>Atlantic City, NJ 08401 | Contact phone (609) 347–7000 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. (800) 676–6856 | 401 Market Street  Camden, NJ 08102  Additional information may be available at the Court's Web Site: www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)  Contact phone 856–361–2300  Date: 1/28/21 |
| **7.** **Meeting of creditors**  **Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.**  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **March 4, 2021 at 10:00 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8.** **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9).  **WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** | **Filing deadline:** 5/3/21 |
| | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

| | |
|---|---|
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page **2**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                      Case No. 20-19885-ABA

Tina Marie Doughty                                                                          Chapter 7

Walter Troy Doughty

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                      User: admin                      Page 1 of 4

Date Rcvd: Jan 28, 2021              Form ID: 309A                Total Noticed: 94

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tina Marie Doughty, Walter Troy Doughty, 427 Davis Ave., Northfield, NJ 08225-1909 |
| tr | + | Thomas J Subranni, LLC, Subranni Zauber, 1624 Pacific Avenue, Atlantic City, NJ 08401-6958 |
| 519085256 | + | AC Family Spine & Rehab, 506 S. New York Rd., Galloway, NJ 08205-9761 |
| 519085194 | + | APG Cardiology Group, PO Box 786061, Philadelphia, PA 19178-6061 |
| 519085200 | + | APG Surgical Galloway, PO Box 786061, Philadelphia, PA 19178-6061 |
| 519085201 | + | ARiA Physician Services, PO Box 8500, Philadelphia, PA 19178-8500 |
| 519085266 | + | Adamucci Heating & Cooling LLC, 225 Broadway, PO Box 329, Hammonton, NJ 08037-0329 |
| 519085207 | + | Advanced Radiology Solutions, PO Box 4238, Portsmouth, NH 03802-4238 |
| 519085190 | + | AmeriHealth Inc., PO Box 59480, Philadelphia, PA 19102-9480 |
| 519085189 | + | American Homepatient, PO Box 531673, Atlanta, GA 30353-1673 |
| 519085202 | + | Apex, 2501 Oregon Pike, Ste. 102, Lancaster, PA 17601-4890 |
| 519085246 | + | Apex Asset Management, 2501 Oregon Pike, Suite 120, Lancaster, PA 17601-4890 |
| 519085212 | + | Aracadia Recovery Bureau, PO Box 70256, Philadelphia, PA 19176-0256 |
| 519085226 | + | Assett Acceptance, LLC, PO Box 1658, Warren, MI 48090-1658 |
| 519085231 | + | Atlantic Care, PO Box 786361, Philadelphia, PA 19178-6361 |
| 519085219 | + | Atlantic Diagnostic Lab, 3520 Progres Dr., Suite C, Bensalem, PA 19020-5810 |
| 519085229 | + | Atlantic Medical, PO Box 1564, Indianapolis, IN 46206-1564 |
| 519085210 | + | Atlantic Medical Imaging, PO Box 1564, Indianapolis, IN 46206-1564 |
| 519085227 | + | Bayfront Emergency Physician, 56 W. Main St. Ste. 305, Christiana, DE 19702-1503 |
| 519085222 | + | Central Credit Services LLC, PO Box 15118, Jacksonville, FL 32239-5118 |
| 519085203 | + | City Dermatology LLC, 9370 McKnght Road, Suite 300, Pittsburgh, PA 15237-5953 |
| 519085197 | + | Department of Labor, PO Box 650, Trenton, NJ 08646-0650 |
| 519085217 | + | Dept. of Education Fed Loan, PO Box 530210, Atlanta, GA 30353-0210 |
| 519085192 | + | Dr. David E. Gabros, PO Box 195, Northfield, NJ 08225-0195 |
| 519085205 | + | F.N.C.B., 610 Walthem Way, Sparks, NV 89437-6695 |
| 519085248 | + | Fedloan Servicing, PO Box 60610, Harrisburg, PA 17106-0610 |
| 519085245 | + | G.M. Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 519085188 | + | General Revenue Corp., 4660 Duke Dr., Suite 300, Mason, OH 45040-8466 |
| 519085241 | + | Inspira Health, PO Box 650292, Dallas, TX 75265-0292 |
| 519085204 | + | Jefferson Capital, PO Box 1120, Charlotte, NC 28201-1120 |
| 519085284 | | Jing Ou, Egg Harbor Township, NJ 08234 |
| 519085239 | + | Labcorp, PO Box 2240, Burlington, NC 27216-2240 |
| 519085262 | + | Laboratory Corporation of America, PO Box 2240, Burlington, NC 27216-2240 |
| 519085214 | + | Marymor Bariatrics LLC, 24 Old Covered Bridge Rd., Newtown Square, PA 19073-1202 |
| 519085242 | + | Monterey Coll Svc, 4095 Avenida Dela Plata, Oceanside, CA 92056-5802 |
| 519085267 | | NCO Financial Systems, PO Box Dept. 99, Wilmington, DE 19850 |
| 519085255 | + | NJ Certified Dermatology PC, 1580 Lakewood Rd. , Ste 17, Toms River, NJ 08755-3287 |
| 519085258 | + | National Recoveries Inc., PO Box 120666, St. Paul, MN 55112-0022 |
| 519085238 | + | Northland Group Inc., PO Box 129, Thorofare, NJ 08086-0129 |
| 518937867 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519085263 | + | Penn Credit, 916 S. 14th St., PO Box 988, Harrisburg, PA 17108-0988 |
| 519085264 | + | Phoenix Toxicology & Lab Service, PO Box 844679, Los Angeles, CA 90084-4679 |
| 519085254 | + | Professional Pain Management, 2007 N. Black Horse Pike, Williamstown, NJ 08094-9120 |
| 519085233 | + | Professional/Account Management, PO Box 1520, Milwaukee, WI 53201-1520 |
| 519085230 | + | Recon Ortho Assoc II PC, PO Box 757910, Philadelphia, PA 19175-7910 |

Case 20-19885-ABA    Doc 59    Filed 01/30/21    Entered 01/31/21 00:17:57    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 309A | Total Noticed: 94 |

| | | |
|---|---|---|
| 519085195 | + | Recon Ortho Assoc OC, PO Box 757910, Philadelphia, PA 19175-7910 |
| 519085199 | + | Relieve Us, PO Box 776, Lancaster, PA 17608-0776 |
| 519085185 | + | Relievus, 813 East Gate Drive, Suite B, Mt. Laurel, NJ 08054-1238 |
| 519085184 | + | Rialto Recovery, 39-57 Jefferson St., Passaic, NJ 07055-6550 |
| 519085213 | + | Rickart Collection Systems, 575 Milltown Road, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 519085261 | + | Rickart Collections Systems, 575 Milltown Road, PO Box 7242, North Brunswick, NJ 08902-7242 |
| 519085257 | + | Seaview Dental Arts, 529 South New York Rd., Galloway, NJ 08205-9764 |
| 519085252 | + | Shore Medical Center, PO Box 549, ATimonium, MD 21094-0549 |
| 519085268 | + | Shore Orthopaedic University, 710 Center Street, Somers Point, NJ 08244-1875 |
| 519085218 | + | South Jersey Auto Finance, 1210 Delsea Drive, Glassboro, NJ 08028-1446 |
| 519085211 | + | Stuart W. Honick, Cape Medical Billing, PO Box 670, Cape May Court House, NJ 08210-0670 |
| 519085224 | + | The Dental Comfort Zone, 2734 Stret Rd., Bensalem, PA 19020-2603 |
| 519085247 | | US Dept. of Education, Suite 800, Falls Chruch, VA 23323 |
| 519085221 | + | United Revenue Collection Service, PO Box 1184, Langhorne, PA 19047-6184 |
| 519085232 | | University of Phoenix, FBCS, 33o Warminster Rd., Hatboro, PA 19040 |
| 519085225 | + | Vein Clinics of America, 2001 Butterfield Rd., Ste. 300, Downers Grove, IL 60515-1069 |
| 519085240 | + | Vengroff Williams, PO Box 4155, Sarasota, FL 34230-4155 |
| 519085253 | + | Visionworks, PO Box 846338, Dallas, TX 75284-6338 |

TOTAL: 63

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Jan 28 2021 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 28 2021 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519085215 | + EDI: AFNIRECOVERY.COM | Jan 29 2021 02:18:00 | AFNI Inc., PO Box 3517, Bloomington, IL 61702-3517 |
| 518958567 | EDI: PHINAMERI.COM | Jan 29 2021 02:18:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519052696 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2021 23:20:06 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519085198 | + Email/Text: nicole.watts@atlanticare.org | Jan 28 2021 22:02:00 | Atlantic Care Regional Med. Ctr., PO Box 786361, Philadelphia, PA 19178-6361 |
| 519085269 | + Email/Text: jgardner@bacharach.org | Jan 28 2021 22:05:00 | Bacharach Institute for Rehab, 61 W. Jimmy Leeds Rd., Pomona, NJ 08240-9102 |
| 519085265 | + Email/Text: clientrep@capitalcollects.com | Jan 28 2021 22:05:00 | Capital Collection, PO Box 150, West Berlin, NJ 08091-0150 |
| 519085206 | + EDI: CAPITALONE.COM | Jan 29 2021 02:18:00 | Capital One, PO Box 5253, Carol Stream, IL 60197-5253 |
| 519085244 | + EDI: CAPITALONE.COM | Jan 29 2021 02:18:00 | Capital One, PO Box 30281, Salt Lake City, UAT 84130-0281 |
| 519085191 | + Email/Text: bankruptcy.notifications@fisglobal.com | Jan 28 2021 22:04:00 | Consumer Relations, 7805 Hudson Rd., Suite 100, Woodbury, MN 55125-1595 |
| 519085209 | + EDI: CONVERGENT.COM | Jan 29 2021 02:18:00 | Convergent Outsourcing Inc., 800 SW 39th St., Suite #100, PO Box 9004, Renton, WA 98057-9004 |
| 519085236 | + EDI: CCS.COM | Jan 29 2021 02:18:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 519054928 | + EDI: IRS.COM | Jan 29 2021 02:18:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 519085243 | + Email/Text: bankruptcy@fncbinc.com | Jan 28 2021 22:02:00 | FNCB Inc., PO Box 51660, Sparks, NV |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 89435-1660 |
| 519085234 | + | Email/Text: bankruptcy@fncbinc.com | Jan 28 2021 22:02:00 | First National Collection Bureau, PO Box 51660, Sparks, NV 89435-1660 |
| 519085186 | | EDI: AMINFOFP.COM | Jan 29 2021 02:18:00 | First Premier, 3820 N. Louise Ave., Sioux Falls, SD 57107-0145 |
| 519085235 | + | EDI: CCS.COM | Jan 29 2021 02:18:00 | Geico Indemnity Company, Payment Processing Center, PO Box 55126, Boston, MA 02205-5126 |
| 519085259 | + | EDI: IIC9.COM | Jan 29 2021 02:18:00 | I.C. Systems, 444 Highway 96 East, PO Box 64318, St. Paul, MN 55127-2557 |
| 518953352 | | EDI: JEFFERSONCAP.COM | Jan 29 2021 02:18:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518965273 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 28 2021 23:19:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519085216 | + | EDI: MID8.COM | Jan 29 2021 02:18:00 | Midland Credit Management, PO Box 60578, Los Angeles, CA 90060-0578 |
| 519085187 | | EDI: CBS7AVE | Jan 29 2021 02:18:00 | Midnight, 1112 7th Ave., Monroe, WI 53566-1364 |
| 519085208 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jan 28 2021 22:02:00 | National Credit Systems Inc., PO Box 312125, Atlanta, GA 31131 |
| 519085249 | + | EDI: PRA.COM | Jan 29 2021 02:18:00 | Portfolio Recovery Ass., PO Box 12914, Norfolk, VA 23541-0914 |
| 519085260 | + | Email/Text: Supportservices@receivablesperformance.com | Jan 28 2021 22:05:00 | RPM, 20816 44th Ave. W, Lynnwood, WA 98036-7799 |
| 519085223 | + | Email/Text: jboehler@shorememorial.org | Jan 28 2021 22:05:00 | Shore Medical Center, 100 Medical Center Way, Somers Point, NJ 08244-2300 |
| 519085196 | + | EDI: SWCR.COM | Jan 29 2021 02:18:00 | Southwest Credit Systems LP, 4120 International Pkwy. Suite 1100, Carrollton, TX 75007-1958 |
| 519085283 | | EDI: AISTMBL.COM | Jan 29 2021 02:18:00 | TMobile, PO Box 37380, Albuquerque, NM 87176-7380 |
| 519085220 | + | EDI: WFFC.COM | Jan 29 2021 02:18:00 | Wells Fargo Bank, NA, PO Box 6995, Portland, OR 97228-6995 |
| 519085193 | + | EDI: COMCASTCBLCENT | Jan 29 2021 02:18:00 | XFinity Comcast, 676 Island Pond Rd., Manchester, NH 03109-5420 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519085228 | *+ | AFNI, PO Box 3517, Bloomington, IL 61702-3517 |
| 519085183 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, 5218 Atlantic Avenue, Mays Landing, NJ 08330 |
| 519085250 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Ass. LLC, PO Box 12914, Norfolk, VA 23541 |
| 519085237 | *+ | Professional Account Management LLC, PO Box 1520, Milwaukee, WI 53201-1520 |
| 519085251 | *+ | United Revenue Collection Service, PO Box 1184, Langhorne, PA 19047-6184 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and**

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Jan 28, 2021 | Form ID: 309A | Total Noticed: 94

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2021        Signature:        /s/Joseph Speetjens